## Leander P. CORN v. UNITED STATES of America.
### No. 1782.

Circuit Court of Appeals, Tenth Circuit.

Oct. 10, 1938.

A. L. Brook, of Muskogee, Okl., for appellant.

Cleon A. Summers, U. S. Atty. of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, at appellant's costs, for failure to prosecute.

## Lillie CRAWFORD, Executrix of the Estate of J. A. Crawford, Deceased, v. COMMISSIONER OF INTERNAL REVENUE.
### No. 7709.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1938.

L. A. Luce, of Washington, D. C., for petitioner.

James W. Morris, Asst. Atty. Gen., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this case be and the same is dismissed pursuant to stipulation of counsel.

## DIAMOND FULL FASHIONED HOSIERY CO., Appellant, v. William LEADER et al., Appellees.
### No. 6568.

Circuit Court of Appeals, Third Circuit.

Nov. 12, 1937.

For opinion below see D.C., 20 F.Supp. 467.

Ralph S. Croskey, of Philadelphia, Pa., for appellant.

M. Herbert Syme, of Philadelphia, Pa., for appellees.

Before BUFFINGTON and BIGGS, Circuit Judges, and WATSON, District Judge.

PER CURIAM.

Appeal dismissed on agreement of counsel.

## ELLIOTT MANUFACTURING COMPANY, a Corporation, Appellant, v. Louis B. SAMMIS and Frank R. HOOD, Appellees.
### No. 9039.

Circuit Court of Appeals, Ninth Circuit.

Dec. 5, 1938.

Herbert A. Huebner, of Los Angeles, Cal., for appellant.

Percy S. Webster and Roger B. Webster, both of Stockton, Cal., for appellees.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellees, and good cause therefor appearing, ordered appeal in above cause dismissed for failure of appellant to file record and docket cause; that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.